Opinion by Willson, J.

## McLINDON VS. KING, McRAE & CO.

Appeal from Robertson county.

*Assignment.*—A provision " that when the assignee has paid off

and discharged all of the claims of the consenting creditors, he shall pay over the surplus to the assignor," in a deed of assignment under the act of March 24, 1879, does not render the deed void, or in any way affects its validity or operation. The statute controls the matter.

*Case Approved.*—Keating vs. Vaughn, supreme court of Texas, opinion delivered May 9, 1884.

The case of Lawrence vs. Norton, decided by the circuit court of the United States at Dallas, 1883, in which a contrary opinion is expressed, is not regarded as authority.

Opinion by Wilson, J.